UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WILLIAM STALLWORTH AND ERIC LOGAN, INDIVIDUALLY, AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>*Plaintiffs,*<br><br>v.<br><br>NOBLE RECOVERY SERVICES, LLC, AMY GRAVLEY, AND DAVID GRAVLEY,<br><br>*Defendants.* | CIVIL ACTION NO.<br><br>1:15-cv-03978-ELR |

## ORDER APPROVING SETTLEMENT

Having amicably resolved the underlying dispute between each other, Plaintiffs William Stallworth and Eric Logan, and Defendants Noble Recovery Services, LLC, Amy Gravley and David Gravley, have hereby consented to file this Dismissal with Prejudice of all Claims in the above-styled civil action, with each party to bear its own costs. The Parties request that the Court approve the Settlement Agreement, including the claims pursuant to the Fair Labor Standards Act, and order the clerk to mark the above-styled lawsuit "Dismissed with Prejudice" upon the docket records.

Accordingly, for good cause shown, the Court **GRANTS** the Parties' Joint Motion for Approval of Settlement (Doc. No. 30); **APPROVES** the Parties' Settlement Agreements (Doc. No. 31); **DISMISSES WITH PREJUDICE** this case; and **DIRECTS** the Clerk to close this action.

SO ORDERED this 10th day of August, 2016.

_____
The Honorable Eleanor L. Ross
United States District Judge